IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN WILLIS | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| 9250 ASHTON ROAD, INC., et al. | : | NO. 15-6599 |
|     Defendants. | : | |

## NOTICE

A settlement conference in this matter will be held on <u>October 27, 2016</u>, at <u>9:30 A.M.</u>, before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. District Courthouse, 601Market Street, Philadelphia, PA 19106.

- Please notify the Court if settlement is not a real possibility.

- <u>The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference</u>.  Full and complete authority means the party's representative must possess authority consistent with the most recent demand. [1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, <u>defendant should arrange a telephone conference with chambers and counsel for plaintiff</u>.

Please complete the attached summary and email it to <u>chambers_of_magistrate_judge_timothy_rice@paed.uscourts.gov</u> or fax to (267) 299-5064 <u>on or before October 17, 2016.</u>

                                                                               */s/ Chavela M. Settles*
                                                                               Chavela M. Settles
                                                                               Deputy Clerk to the
                                                                               Honorable Timothy R. Rice
                                                                               U.S. Magistrate Judge     (267) 299-7660

Date: September 27, 2016
Cc:    Attys Jonathan S. Corchnoy, Robyn Farrell McGrath, and Susan R. Becker

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____   JURY / NONJURY
(Circle One)
TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____
    Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

    Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS / DEMANDS:

_____

_____

# ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE –TWO PAGES)