IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN WILLIS** : | | **CIVIL ACTION** |
| **Plaintiff,** : | | |
| : | | |
| **v.** : | | |
| : | | |
| **9250 ASHTON ROAD, INC., ET AL** : | | |
| **Defendants.** : | | **NO. 15-6599** |

## O R D E R

**AND NOW, TO WIT:** This 17th day of January, 2017, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

LUCY V. CHIN, Interim Clerk of Court

**BY:** S/Rose A. Barber
Deputy Clerk
Rose A. Barber
267-299-7352

Copies sent by ECF to:
Jonathan S. Corchnoy
Landon Y. Jones
Robyn Farrell McGrath
Susan R. Becker